**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Angel Madrigal REYNOSO,
Defendant—Appellant.**

**No. 03–30222.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2004.*

Decided June 24, 2004.

Matthew H. Thomas, Esq., Douglas James Hill, Esq., Office of the U.S. Attorney, Tacoma, WA, for Plaintiff-Appellee.

Mark W. Muenster, Esq., Vancouver, WA, Thomas A. Campbell, Esq., Auburn, WA, for Defendant–Appellant.

Before: HALL, LEAVY and FISHER, Circuit Judges.

MEMORANDUM **

Jose Angel Madrigal Reynoso appeals the sentence imposed following his guilty plea conviction for use of a communications facility to facilitate a drug transaction, in violation of 21 U.S.C. § 843(b) and (d), and unlawful entry by an alien, in violation of 8 U.S.C. § 1352(a)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Reynoso contends that his counsel was ineffective because he failed to advocate for a downward adjustment of Reynoso's sentence under U.S.S.G. § 2D1.1(b)(6). Because resolution of Reynoso's ineffective assistance of counsel claim requires the development of facts outside the record, we decline to review it on direct appeal. *See United States v. Hanoum,* 33 F.3d 1128, 1131–32 (9th Cir.1994) (observing that ineffective assistance claim is more properly raised by collateral attack under 28 U.S.C. § 2255).

AFFIRMED.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

